( )* ++, ,-+./0,1

!" ! # $ % %
# #& ' #
" '

%( ( #

& ( !(" ! (' ( 2( # (!!(# !( !# % # ( !( (# ( 3
"& "&! & +4,0 # % ),5*

( " ! ( !(( " ! " ( ( 3 % "! ( *

☐ ,6 # !6 ! 7 % 89
☐ ! ' (& ! & 7 9 7 % 59
☒ (# 7 % 49

!
" #
$ " % $ & '()* &" " +),"-

☐ ! ( % -

______________________________

______________________________

( " ! ( !(( # ( % ( 6'*

☒ ( "!( &2" ( #( # ( # ./
"-

☐ (! !(:&( (# #( # ( ______________________________

% (#* ("(26(! .4 .-++ ; ; $!(# 3
! (' !
2 < <6&!

% (#* ("(26(! .4 .-++ ; ; 2 ( 6(!
! (' ! %( ( #
( (! (

% (#* ("(26(! .4 .-++ ; ; $(!# # & !
%( ( # ! (!

---

&! & ( "& 6 ( ( " (# 2 (! (!(6' !( (!!(# *

☐ ,6 # !6 !
☐ ! ' (& ! & 7 9
☒ (#
☐ ! ( %

%( # ( ! % (

☒ /- # ' ! 2 ( # ( !#(!
☐ (! ______

= = % %

% (#* September 29, 2011

%
% ; 1 %