Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:      (415) 296-7070
Facsimile:      (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TIAMANIKA BLACKBURN,<br><br>Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., and FERDINAND G. AUSTRIA,<br><br>Defendants. | Case No. CV-11-01298 JSW<br><br>NOTICE OF WITHDRAWAL OF COUNSEL; AND [~~proposed~~] ORDER |

PLEASE TAKE NOTICE that the following counsel hereby withdraws as counsel of record for Defendant ABC LEGAL SERVICES INC. in the above captioned matter:

Tomio B. Narita (SBN 156576)
Jeffrey A. Topor (SBN 195545)
SIMMONDS & NARITA, LLP
44 Montgomery Street, Ste. 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
Email:   tnarita @snllp.com
            jtopor@snllp.com

//

Page 1 of 2

Blackburn v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) –San Francisco Division, Case No. CV-11-01298 JSW
NOTICE OF WITHDRAWAL OF COUNSEL AND ~~PROPOSED~~ ORDER

All pleadings, orders, and notices should henceforth be served upon the following counsel for Defendant ABC Legal Services, Inc., who has already appeared as counsel of record as co-counsel with Simmonds & Narita, LLP, and is listed in the Court's database:

> Craig S. Miller (SBN 139682)
> William S. Weisberg (SBN 146284)
> Kenneth J. Sperandio, Jr., of counsel (SBN 148288)
> WEISBERG & MILLER
> 654 Sacramento St., 3rd Floor
> San Francisco, CA 94111
> Telephone: (415) 296-7070
> Facsimile: (415) 296-7060
> Emails: cmiller@wmlawfirm.com
> wweisberg@wmlawfirm.com
> ksperandio@wmlawfirm.com

The undersigned parties consent to this change in counsel.

| SIMMONDS & NARITA, LLP | WEISBERG & MILLER |
|---|---|
| Oct. 10, 2011  /s/<br>By: Tomio B. Narita | Oct. 10, 2011  /s/<br>By: Craig S. Miller |

The above withdrawal of counsel is approved, and it is so ORDERED.

Dated: Oct. 12, 2011

Jeffrey S. White,
U.S. District Court Judge

---

Page 2 of 2

Blackburn v. ABC Legal Services, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Francisco Division, Case No. CV-11-01298 JSW
NOTICE OF WITHDRAWAL OF COUNSEL AND ~~PROPOSED~~ ORDER