IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIAMANIKA BLACKBURN,

    Plaintiff,

v.

ABC LEGAL SERVICES, INC. and
FERDINAND G. AUSTRIA,

    Defendants.

    /

No. C 11-01298 JSW

**ORDER TO SHOW CAUSE**

By order dated June 27, 2011, this Court set a case management conference for October 14, 2011 at 1:30 p.m. The order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

Fred W. Schwinn, counsel for Plaintiff Tiamanika Blackburn, without leave of Court or notice to any of the parties, failed to appear at the case management conference held on October 14, 2011, in violation of Civil L. R. 16-10(c). Counsel who did appear was not on the docket and not lead counsel. Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $500 should not be imposed on Schwinn and

///

///

///

why this case should not be dismissed for failure to prosecute. Plaintiff's counsel shall respond in writing by October 26, 2011 as to why such sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: October 17, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE