IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Blackburn,

        Plaintiff,

  v.

ABC Legal Services, Inc.,

        Defendant.
                                            /

No. CV11-01298 JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.**     **DATES**

Jury Trial Date: 10/22/2012, at 8:00 a.m., 3 - 5 days

Pretrial Conference: Monday, 10/1/2012, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, 7/20/2012, 9:00 a.m.

Close of Non-expert Discovery: 4/30/2012

**B.**     **DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.**     **ALTERNATIVE DISPUTE RESOLUTION**

By agreement of the parties, this matter is referred to private ADR, to be conducted by December 30, 2011. The parties shall promptly notify the Court whether the case is resolved.

**D. PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline. The parties may not modify the pretrial schedule by stipulation. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: October 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BLACKBURN et al,

        Plaintiff,

  v.

ABC LEGAL SERVICES, INC. ET AL et al,

        Defendant.

Case Number: CV11-01298 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ferdinand G. Austria
1708 Felton Street
San Francisco, CA 94134

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk