1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIAMANIKA BLACKBURN, | Case No. 11-cv-01298 JSW (NC) |
| Plaintiff, | |
| | **ORDER RE: MOTION FOR ATTORNEYS' FEES** |
| v. | |
| ABC LEGAL SERVICES, INC. and, FERDINAND G. AUSTRIA, | Re: Dkt. Nos. 46, 57, 62 |
| Defendants. | |

Defendant ABC Legal Services, Inc. moves for an award of attorneys' fees and costs under California Civil Code § 425.16(c)(1) after the District Court granted ABC's motion to strike Plaintiff's state law causes of action against ABC for alleged violations of California Civil Code § 1788 *et seq.*, and Business and Professions Code § 17220, *et seq.* (Dkt. No. 46). Plaintiff opposes the motion (Dkt. No. 57).

Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument and will issue its decision without a hearing. *See* Civil L.R. 7-1(b).

1          IT IS SO ORDERED.

2

3

4

5

6    DATED: November 8, 2011

7

8                                                    _____
                                                     NATHANAEL M. COUSINS
9                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-02198 JSW (NC)
ORDER RE: MOTION FOR
ATTORNEYS' FEES