1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TIAMANIKA BLACKBURN,

10          Plaintiff,                          No. C 11-01298 JSW

11   v.

12   ABC LEGAL SERVICES, INC. and          **ORDER DISCHARGING ORDER**
     FERDINAND G. AUSTRIA,                  **TO SHOW CAUSE**
13
            Defendants.
14   _____/

15

16          The Court has received the response to the order to show cause by Plaintiff's counsel

17   and HEREBY DISCHARGES the order to show cause dated October 17, 2011.

18          **IT IS SO ORDERED.**

19

20   Dated: November 15, 2011                _____
                                             JEFFREY S. WHITE
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California