IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAMANIKA BLACKBURN,<br><br>    Plaintiff,<br><br>  v.<br><br>ABC LEGAL SERVICES, INC. and<br>FERDINAND G. AUSTRIA,<br><br>    Defendants. | No. C 11-01298 JSW<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br>REGARDING MOTION FOR<br>ATTORNEYS' FEES AND COSTS** |

The Court has reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation ("Report") regarding the motion by defendant ABC Legal Services, Inc. ("ABC") for an award of attorneys' fees and costs. Magistrate Judge Cousins recommends that the Court grant the motion, but he also recommends that the Court reduce the amount of fees that ABC seeks. There have been no objections filed.

The Court finds the Report well-reasoned and thorough and ADOPTS it in every respect. Accordingly, ABC's motion for attorneys' fees and costs is granted, in part. The Court hereby awards ABC $14,615.00 in attorneys' fees and $311.50 in costs.

**IT IS SO ORDERED.**

Dated: March 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE