Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:    (415) 296-7070
Facsimile:    (415) 296-7060

Attorneys for Plaintiff
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TIAMANIKA BLACKBURN,<br><br>    Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., and<br><br>FERDINAND G. AUSTRIA,<br><br>    Defendants. | CV-11-01298-JSW<br><br>Case No. ~~C-11-02499-JSW~~<br><br>STIPULATION FOR DISMISSAL AND [proposed] ORDER |

    Plaintiff Tiamanika Blackburn, Defendant ABC Legal Services, Inc., and Defendant Ferdinand Austria have reached a settlement of the above-captioned matter.  The parties want the Court to retain jurisdiction to enforce their settlement agreement, should such be necessary.

    Accordingly, Ms. Blackburn and ABC Legal Services, Inc., by and through their counsel of record, and Mr. Austria, who is representing himself, stipulate as follows:

    (1)    Upon the Court's approval of this Stipulation, this matter shall be dismissed with prejudice; and

//

//

//

(2) The Court shall retain jurisdiction of this matter to enforce the parties' settlement agreement, the terms of which are expressly incorporated by reference into this stipulation and order.

**SO STIPULATED:**

April 27, 2012 _____/s/_____
    Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
    12 South First Street, Suite 1014
    San Jose, California 95113-2418
    Tel: (408) 294-6100
    Fax: (408) 294-6190
    Email:
    fred.schwinn@sjconsumerlaw.com
    attorneys for Tiamanika Blackburn

April 27, 2012 _____/s/_____
    William S. Weisberg (SBN 146284)
    WEISBERG & MILLER
    654 Sacramento St., 3rd Flr.
    San Francisco, CA 94111
    Tel: (415) 296-7070
    Fax: (415) 296-7060
    Email: wweisberg@wmlawfirm.com
    attorneys for Defendant ABC Legal Services, Inc.

April 27, 2012 _____/s/_____
    Ferdinand Austria, in pro per
    1708 Felton Street
    San Francisco, CA 94134
    Tel: (415) 412-1480
    fraustria@sbcglobal.net
    *in pro per*

**ORDER:**

The parties' stipulation is approved. This case is dismissed with prejudice, and the Court retains jurisdiction to enforce the parties' settlement agreement, for a period of six months. This time period may be extended upon a showing of good cause.

May 21 ~~April~~ ___ 2012

/s/ Jeffrey S. White
Jeffrey S. White,
U.S. District Court Judge